**2008–1009. Coleman v. Am. Gen. Financial Servs.**
Cuyahoga App. No. 89311, 2008-Ohio-1403. Discretionary appeal accepted, and briefing shall proceed in accordance with the Rules of Practice of the Supreme Court of Ohio.

This cause shall be consolidated for oral argument with 2008–0905, *Alexander v. Wells Fargo Financial Ohio 1, Inc.*, Cuyahoga App. No. 89277, 2008-Ohio-1402. Appellants in these causes collectively will share 20 minutes for oral argument, as will appellees.

MOYER, C.J., would accept the appeal on Proposition of Law Nos. I and II only.

O'DONNELL, J., would accept the appeal on Proposition of Law No. I only.

PFEIFER, J., dissents.